UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY INTERNATIONAL UNDERWRITERS,<br><br>            Plaintiff,<br><br>      v.<br><br>ERNEST D. CARLSON,<br><br>            Defendant. | CASE NO. C04-348JLR<br><br>ORDER |

On July 19, 2006, the clerk of court received a "Notice of Depositing of Judgment with the Court" (Dkt. # 88) from Plaintiff Liberty International Underwriters. The notice included a check for $307,000 to the clerk of court, and directed the clerk to deposit the check as security for Plaintiff's appeal of the court's judgment in this action. Plaintiff cited no statutory authority or rule of civil or appellate procedure to explain why it sent the check.

The court assumes that Plaintiff sent the check as an alternative to a supersedeas bond to stay enforcement of the judgment in this action pending appeal. See Fed. R. Civ. P. 62(d) (providing for a stay of judgment on appeal upon posting an appropriate supersedeas bond); Townsend v. Holman Consulting Corp., 929 F.2d 1358, 1367 (9th

ORDER – 1

Cir. 1990) (noting that under district court may accept form of security other than supersedeas bond).

Within five judicial days of the date of this order, Plaintiff shall submit a pleading either confirming the court's assumption, or providing an alternative explanation for the check.  Within the same time period, Defendant shall submit a pleading stating whether he has any objection to the court depositing Plaintiff's check into the registry of the court in lieu of a supersedeas bond.

DATED this 31st day of July, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2